*In the matter of the petition of* JAMES HOPSON.

---

A party who has obtained his majority, cannot, by petition, call upon the person who had acted as guardian to account. It must be done by a bill.

---

*May.* 13.
1831.

---

*Practice.*
*Guardian-*
*ship.*

IN this case, the petitioner had attained the age of twenty-one years; and he prayed his guardian might account, without shewing that any thing was due or in the hands of the person who had acted as guardian.

Mr. *S. B. H. Judah,* for the petitioner.

Mr. *H. W. Warner,* for the guardian, objected: 1st. Because the guardianship was at an end; and therefore, the proceeding was wrong in point of form. 2d. The party who had acted as guardian could only be called upon through a bill of complaint. And, 3d, there was no allegation of any thing being due. Mr. *Warner* read an affidavit, showing that accounts had been rendered.

THE VICE-CHANCELLOR. The petition does not set forth a single circumstance of misconduct on the part of the late guardian. But even if it did, I find no case where a person can be called upon to account through a petition, after the period of his guardianship has ceased. If the petitioner were under age, then, under the rules and practice of the court, a bill would be unnecessary.

In this case, the relation of guardian and ward has ceased; and the former is no longer an officer of the court. If the petitioner has any claim, he must file a bill.

Motion denied, with costs.